IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ZACHARY WILLIS**  **PLAINTIFF**
**ADC# 143271**

v.                    CASE NO. 3:22-CV-00281-BSM

**HEITMAN** *et al*.  **DEFENDANT**

## ORDER

Having reviewed the record *de novo*, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 11] is adopted and Zachary Willis's complaint is dismissed without prejudice for failure to state a claim. An *in forma pauperis* appeal would not be taken in good faith and this dismissal counts as a "strike." 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 20th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE