**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ZACHARY WILLIS** **PLAINTIFF**
**ADC# 143271**

**v.** **CASE NO. 3:22-CV-00281-BSM**

**HEITMAN *et al.*** **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of March, 2023.

Brian S Miller
UNITED STATES DISTRICT JUDGE